# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARLOS ROBINSON**             **PLAINTIFF**

**v.**           **Case No. 4:25-cv-415-JM**

**CLAWSON, Judge, 2nd Division District,
District Court of Faulkner County; and
TIM RYALS, Sheriff, Director, Faulkner
County Jail**           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE